# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | May 30, 2018 | Chris Wolpert<br>Chief Deputy Clerk |

Ms. Emily Burke Buckley
Office of the Attorney General for the State of Colorado
State Services Section
1300 Broadway, 6th Floor
Denver, CO 80203

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Michael Francisco
Statecraft
620 North Tejon Street, Suite 101
Colorado Springs, CO 80903

Scott Gessler
Klenda Gessler and Blue
1624 Market Street, Suite 202
Denver, CO 80202

Mr. Matthew D. Grove
Ms. LeeAnn Morrill
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

Mr. Peter Krumholz
Mr. Richard A. Westfall
Mr. Ryan Richard Call
Hale Westfall
1600 Stout Street, Suite 500

Denver, CO 80202

**RE:**　18-1183, Goodall, et al v. Williams
　　　Dist/Ag docket: 1:18-CV-00980-PAB

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　Clerk of the Court

EAS/lg